UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-22-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| JOSE JUAN SERNA-SOTO | |

On motion of the Defendant, Jose J. Serna-Soto, and for good cause shown, it is hereby ORDERED that defendant's sentencing memorandum (DE # 30) be sealed.

This 3 September 2013.

_____
W. Earl Britt
Senior U.S. District Judge